# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 400 WAL 2014
RESPONDENT

 

                v.

 

SPENCER SPIKER,

              Petitioner

: Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.